1 | MICHAEL L. SWAIN (133260)
  | ROSS I. LANDAU (259260)
2 | SWAIN & DIPOLITO LLP
  | 555 East Ocean Boulevard, Suite 600
3 | Long Beach, California 90802
  | Telephone:  (562) 983-7833
4 | Facsimile:  (562) 983-7835                JS - 6
  | E-mail: mswain@swaindipolito.com
5 |         rlandau@swaindipolito.com

6 | Attorneys for Defendant, Cross-Defendant,
  | and Cross-Claimant, HMM CO. LTD.
7

8 |                UNITED STATES DISTRICT COURT

9 |                CENTRAL DISTRICT OF CALIFORNIA

10

11 | WESO USA, INC. aka WESO LASER,   )   Case No. 2:22-cv-07452-
   | INC.,                            )   JPR
12 |                                  )
   |            Plaintiff,            )   Honorable Jean P.
13 |                                  )   Rosenbluth
   |      vs.                         )
14 |                                  )
   | T & B MASTER LOGISTICS, INC., HMM)   ORDER RE: STIPULATION FOR
15 | CO. LTD., YUSEN TERMINALS, LLC,  )   DISMISSAL WITH PREJUDICE
   | and DOES 1-10 INCLUSIVE,         )
16 |                                  )
   |            Defendants.           )   Complaint Filed:
17 |_____    )   October 13, 2022
   | AND RELATED ACTIONS.             )
18 |_____    )

19

20

21 |      Based on the foregoing Stipulation, IT IS HEREBY ORDERED

22 | that the above entitled matter, in its entirety, be and is hereby

23 | dismissed with prejudice.

24

25 | ///

26 | ///

27 | ///

28

```
     Each party to bear its own costs and attorneys's fees.


DATED: 7/12/2023              _____
                              UNITED STATES MAGISTRATE JUDGE


Submitted the 11th day of
July, 2023, by:
SWAIN & DIPOLITO LLP



_____
MICHAEL L. SWAIN
```